**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  CASE NO: 3:06-cr-335-J-33MCR

RONALD TIMOTHY MCDUFFIE
_____/

**ORDER**

Upon motion of Defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to Amendment 750 (Doc. # 49), filed on November 4, 2011, this Court finds as follows.

Defendant was sentenced as a career offender under USSG § 4B1.1. At the time of sentencing, his base offense level was determined by his status as a career offender, rather than the amount of cocaine base charged. As such, a reduction of Defendant's sentence is not authorized under 18 U.S.C. § 3582(c) and is not consistent with USSG § 1B1.10. See United States v. Scott, No. 10-13152, 2011 WL 4425305, at *1-2 (11th Cir. September 23, 2011)(because appellant's sentencing guidelines range was based on his career offender designation under § 4B1.1, he did not meet the eligibility requirements for a reduction of his sentence under § 3582(c)(2)).

Accordingly, it is

**ORDERED, ADJUDGED and DECREED:**

Defendant's motion for reduction of term of imprisonment pursuant to Title 18 U.S.C. Section 3582(c)(2) & U.S.S.G. Amendment 750 (Doc. # 49) is **DENIED**. Defendant's sentence is not subject to reduction pursuant to the retroactive application of Amendment 750 to the United States Sentencing Guidelines.

**DONE** and **ORDERED** in Jacksonville, Florida, this <u>18th</u> day of November, 2011.

*[Signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
Office of the Federal Public Defender
United States Attorney's Office
United States Probation office
Bureau of Prisons
U.S. Marshals Office